UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EVERETTE HALLFORD,

                Plaintiff,                              12 **CIVIL** 1806 (WHP)

       -against-                                 **JUDGMENT**

FOX ENTERTAINMENT GROUP, INC., et al.,
                Defendants.
-----------------------------------------------------------X

        Defendants Fox Entertainment Group, Inc., Peter F. Chernin, Chernin Entertainment LLC, Richard Timothy King, and Kiefer Sutherland having moved to dismiss Hallford's amended complaint, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on February 13, 2013, having rendered its Memorandum and Order granting defendants motion to dismiss Hallford's amended complaint and dismissing the amended complaint. The Clerk of the Court is directed to terminated all pending motions, mark this case as closed, and enter judgment in favor of Defendants, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 13, 2013, defendants Fox Entertainment Group, Inc., Peter F. Chernin, Chernin Entertainment LLC, Richard Timothy King, and Kiefer Sutherland motion to dismiss Hallford's amended complaint is granted and the amended complaint is dismissed, and judgment is hereby entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York
           February 15, 2013

                                              **RUBY J. KRAJICK**
                                                  Clerk of Court
                              BY:
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____